# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Case No.:1:06-CV-02167 (JDB)

vs

ALLIED PROFESSIONAL SERVICES, INC.
    a/k/a Allied Services

**SERVICE OF PROCESS ON**: ALLIED PROFESSIONAL SERVICES, INC., a/k/a Allied Services

I, _Julia Roberts_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _January 6th, 2007, 7:20 PM_
Place of Service:   3709 Center St., Des Moines, IA 50312
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ By delivering to an officer or person-in-charge or managing agent whose name and title is:
    _Eric Elkin, owner of Allied Services_
___ Other_____

Description of Person Receiving Documents: Male/Female   Skin Color _White_
                                                  Hair Color _grey_   Age _70_   Hgt___   Wgt___

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_      1-6-07
Signature of Server      Date

_Sandra K. Roberts [signature]_

**SANDRA K. ROBERTS**
Commission Number 733947
My Commission Expires

Kent Cprek, Esquire
510 Walnut St, 16th Fl.
Philadelphia, PA 19106
215-922-6700

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

ALLIED PROFESSIONAL SERVICES, INC.
  a/k/a ALLIED SERVICES

CASE NUMBER   1:06CV02167

JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 12/19/2006

TO: (Name and address of Defendant)

ALLIED PROFESSIONAL SERVICES, INC.
  a/k/a ALLIED SERVICES
3709 Center Street
Des Moines, IA 50312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 19 2006
CLERK                                          DATE

/s/ Anita Stewart-Cureton
(By) DEPUTY CLERK