IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 06-02167 (JDB) |
| ALLIED PROFESIONAL SERVICES, INC a/k/a Allied Services | ) ) ) ) | |
| Defendants. | ) | |

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendants, Allied Professional Services, Inc. a/k/a Allied Services ("Company"), for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent Cprek.

                                      Respectfully submitted,

                                      JENNINGS SIGMOND, P.C.

                                      /s/ Kent Cprek
                                      KENT CPREK
                                      Bar No. 478231
                                      SANFORD G. ROSENTHAL
                                      Bar No. 478737
                                      The Penn Mutual Towers, 16th Floor
                                      510 Walnut Street, Independence Square
                                      Philadelphia, PA 19106-3683
                                      (215) 351-0611/0660
                                      Attorneys for the Fund

Date: January 31, 2007
OF COUNSEL:
ELIZABETH A. COLEMAN
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0644

179362-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>) <br>v.                                                                         )<br>)<br>ALLIED PROFESIONAL SERVICES, INC )<br>   a/k/a Allied Services                                      )<br>                                                                               ) | CIVIL ACTION NO.<br>06-02167 (JDB) |

### DECLARATION OF KENT CPREK FOR ENTRY OF DEFAULT

Kent Cprek, Esquire, declares and states the following:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action was served on the Defendant, Allied Professional Services, Inc. a/k/a Allied Services by Julia Roberts, Process Server, who personally served Erin Elkins, owner, at 3709 Center Street, Des Moines, Iowa 50312, on January 6, 2007. The Return of Service has been duly docketed with the Court.

3. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. The Defendant is not an infant or incompetent person and, as a corporation, Allied Professional Services, Inc. a/k/a Allied Services, is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> BY: /s/ Kent Cprek
> KENT CPREK, ESQUIRE

Date: January 31, 2007

179362-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Allied Professional Services, Inc.
3709 Center Street
Des Moines, IA  50312

Date: January 31, 2007            BY:/s/ Kent Cprek
                                  KENT CPREK, ESQUIRE

179362-1